No. 565. JONES *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lon O. Hocker* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for respondent.

No. 573. MURPHY, DOING BUSINESS AS LA FRANCE TOLEDO CO., *v.* BRADY, ACTING COLLECTOR OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William O. Ballard* and *U. G. Denman* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for respondent.

No. 10, original. EX PARTE RAYMOND OSWALD DE MAUREZ. October 20, 1941. The motion for leave to file petition for writ of certiorari is granted. The motion for leave to proceed further *in forma pauperis,* and the petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, are denied. *Raymond Oswald DeMaurez, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for P. J. Squier, Warden, respondent.

No. 305. HARRISON *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Louis Harrison, pro se. Assistant Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.